613 So.2d 993 (1993)
Francis B. BARNETT
v.
Kaval Kaur Chandhok, Wife/of and Surjit SETHI et al.
FEDERAL NATIONAL MORTGAGE ASSOC.
v.
Kaval Kaur Chandhok, Wife/of and Surjit SETHI.
Surjit SETHI
v.
Malcolm E. ZIEGLER, Diane Steward, Wife/of and George S. Cross and Baldwin and Haspel.
No. 93-C-0116.
Supreme Court of Louisiana.
March 12, 1993.
Denied.
CALOGERO, C.J., would grant the writ.
ORTIQUE, J., not on panel.